# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-30006

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAXON HARVEY MORGAN,

Defendant-Appellant.

Appeals from the United States District Court
for the Eastern District of Louisiana

(96-CV-510)

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Maxon Harvey Morgan appeals the ruling by the district court finding the absence of excusable neglect for a late notice of appeal. Finding no basis for reversal, the said rulings are AFFIRMED. Motions DENIED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.